This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-42080**

**SOPURKH KAUR KHALSA,
SHAKTI PARWHA KAUR
KHALSA, and EK ONG KAR
KAUR KHALSA, Trustees of
the Yogi Bhajan Administrative
Trust,**

　　　　Plaintiffs-Appellees,

v.

**INDERJIT KAUR PURI,**

　　　　Defendant-Appellant,

and

**SURJIT SONI,**

　　　　Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY
Maria Sanchez Gagne, District Court Judge**

Sanders & Westbrook, PC
Maureen A. Sanders
Albuquerque, NM

for Appellee

Bowles Law Firm
Jason Bowles
Albuquerque, NM

The Soni Law Firm
Surjit P. Soni

Pasadena, CA

for Appellant Inderjit Kaur Puri

**MEMORANDUM OPINION**

**HANISEE Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**JANE B. YOHALEM, Judge**